1 Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
2 Samantha J. Stein (SBN 302034)
HAUSFELD LLP
3 600 Montgomery Street, Suite 3200
San Francisco, CA 94104
4 Telephone: (415) 633-1908
Facsimile: (415) 358-4980
5 mlehmann@hausfeld.com
clebsock@hausfeld.com
6 sstein@hausfeld.com

7 *On behalf of Plaintiff and the Proposed Class*

8 [Additional Counsel Listed on Motion Signature
9 Page]

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC., *individually and on behalf of all others similarly situated*, <br><br>                                Plaintiff, <br>        vs. <br><br> VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., <br><br>                                Defendants. | Case No. 3:20-cv-03131-JSC <br><br> CLASS ACTION <br><br> [~~PROPOSED~~] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED <br><br> [N.D. Cal. Civil L.R. 3-12, 7-11] <br><br> Related Case Nos.: <br> • 20-cv-03427-JCS <br> • 20-cv-03483-JSC <br> • 20-cv-03535 |

[~~Proposed~~] Order Relating Cases

1    Having considered the above-captioned Plaintiff's Administrative Motion to Consider
2 Whether the Cases Should Be Related, as well as the pleadings on file, the Court GRANTS the
3 Motion and ORDERS the Clerk to relate the following later-filed cases to the first-filed action of
4 *Pacific Wine Distributors, Inc. v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03131-JSC (N.D.
5 Cal., filed May 6, 2020):

- *Kravitz et al v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03427-JCS (N.D. Cal., filed May 20, 2020);
- *Accurate Testing & Inspection, LLC v. SK Energy Americas Inc. et al*, No. 3:20-cv-03483-JSC (N.D. Cal., filed May 22, 2020)); and
- *BB&B Business Group et al v. Vitol Inc., et al*, No. 3:20-cv-03535 (N.D. Cal., filed May 26, 2020) (Judge not yet assigned).

**IT IS SO ORDERED.**

Dated: June 3, 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE